Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARL M. SHORT,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant | Case No:  2:14-cv-02141-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

   WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a reply to Defendant's cross summary judgment motion;

   WHEREAS, the need for more time is the result of Counsel of Record Robert C. Weems due to unanticipated demands of the filing of an indictment in the matter of People of the State of CA v. Ho in Tulare County; and

   WHEREAS, an additional extension of 30 days is appropriate to file Plaintiff's motion for summary judgment until October 29, 2015 is required due to limited support staff familiar with the case, and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

   NOW, WHEREFORE, the Parties, subject to the Court's approval, stipulate to an extension of all deadlines in this action.  The revised due date for the filing of the motion

for summary judgment is October 29, 2015.  This is Plaintiff's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Acting Regional Chief Counsel, Region IX |
|  | Social Security Administration |
| /s/Robert C. Weems | By:  /s/ Heather M. Moss |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant (per e-mail) |

SO ORDERED:

Dated:  October 21, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order

2

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.